704

WARD v. WARDEN OF THE MARYLAND
PENITENTIARY

[App. No. 119, September Term, 1964.]

*Decided July 6, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY,
SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

This is applicant's eighth petition for relief; some of the pe-
titions being applications for writs of habeas corpus. For the
reasons assigned by Judge Macgill below and those set forth in
*Nance v. Warden,* 239 Md. 404, the application will be denied.
See also *Linkletter v. Walker,* 381 U. S. 618.

*Application denied.*